# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HERNANDEZ, EVERARDO | § | Case No. 15-81168-LMT |
| HERNANDEZ, VANESSA G. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 28, 2015. The undersigned trustee was appointed on April 28, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $         80,000.00

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 34,810.00 |
   | Administrative expenses | 28,318.04 |
   | Bank service fees | 11.47 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 16,860.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/09/2015 and the deadline for filing governmental claims was 10/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,500.00, for a total compensation of $6,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2016            By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81168-LMT  
**Case Name:** HERNANDEZ, EVERARDO  
　　　　　　　HERNANDEZ, VANESSA G.  
**Period Ending:** 02/10/16

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/28/15 (f)  
**§341(a) Meeting Date:** 06/04/15  
**Claims Bar Date:** 09/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits of Money (BMO Harris Checking) | 190.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of Money (BMO Harris Savings) | 3,412.00 | 0.00 | | 0.00 | FA |
| 3 | Couch, Television and Bedroom Set | 550.00 | 0.00 | | 0.00 | FA |
| 4 | Kitchen Utensils and Microwave | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Home Computer and Printer | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 401(k) Plan | 3,500.00 | 3,400.00 | | 0.00 | FA |
| 9 | Personal Injury Claim [Car Accident] (Offered $4 | 40,000.00 | 25,000.00 | | 80,000.00 | FA |
| 10 | 2013 Chevrolet Malibu (55,000 miles) | 15,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 GMC Envoy (177,000 miles) (Joint with Mothe | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$67,652.00** | **$28,400.00** | | **$80,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　June 30, 2017　　**Current Projected Date Of Final Report (TFR):**　June 30, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-81168-LMT | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, EVERARDO | | Bank Name: | Rabobank, N.A. |
| | HERNANDEZ, VANESSA G. | | Account: | \*\*\*\*\*\*\*\*66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*4736 | | Blanket Bond: | $8,842,000.00  (per case limit) |
| Period Ending: | 03/14/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/16 | {9} | Geico General Insuance Co. | Pymt of Settlement Funds for PI Cause of Action | 1129-000 | 80,000.00 | | 80,000.00 |
| 01/27/16 | 101 | Clark Jsten Zuccki Frost & Williams | Pymt of Spec Counsel Attorney Fees | 3210-600 | | 26,666.66 | 53,333.34 |
| 01/27/16 | 102 | Clark Jsten Zuccki Frost & Williams | Payment of Special Counsel Costs & Expenses | 3220-610 | | 1,651.38 | 51,681.96 |
| 01/27/16 | 103 | Adult & Pediatric Orthopedics | Payment of Medical Lien | 4210-000 | | 710.00 | 50,971.96 |
| 01/27/16 | 104 | Integrity Medical | Payment of Medical Lien | 4210-000 | | 706.00 | 50,265.96 |
| 01/27/16 | 105 | Farmers Insurance | Payment of subrogation lien | 4210-000 | | 5,000.00 | 45,265.96 |
| 01/27/16 | 106 | American Diagnostic MRI | Payment of Medical Lien | 4210-000 | | 1,700.00 | 43,565.96 |
| 01/27/16 | 107 | Active Rehab & Wellness | Payment of Medical Lien | 4210-000 | | 4,254.69 | 39,311.27 |
| 01/27/16 | 108 | Optum United Health Care | Payment of Medical Lien | 4210-000 | | 7,439.31 | 31,871.96 |
| 01/27/16 | 109 | Everardo Hernandez | Payment of Debtor's Personal Injury Exemption | 8100-002 | | 15,000.00 | 16,871.96 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.47 | 16,860.49 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 80,000.00 | 63,139.51  $16,860.49 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 80,000.00 | 63,139.51 |
| Less: Payments to Debtors | | 15,000.00 |
| NET Receipts / Disbursements | $80,000.00 | $48,139.51 |

| Net Receipts : | 80,000.00 |
|---|---|
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $65,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # \*\*\*\*\*\*\*\*66 | 80,000.00 | 48,139.51 | 16,860.49 |
| | $80,000.00 | $48,139.51 | $16,860.49 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 9, 2015

**Case Number:** 15-81168-LMT  
**Debtor Name:** HERNANDEZ, EVERARDO

Page: 1

**Date:** February 10, 2016  
**Time:** 10:06:28 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | ATTY. BERNARD J. NATALE<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Admin Ch. 7 | | $56.10 | $0.00 | 56.10 |
| ATTY 199 | ATTY. BERNARD J. NATALE<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Admin Ch. 7 | Atty Fees for BJN - $2096.25 and Atty Fees for MB - $150.00 | $2,246.25 | $0.00 | 2,246.25 |
| TRTE 199 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Admin Ch. 7 | | $6,500.00 | $0.00 | 6,500.00 |
| SPEXP 199 | Clark Jsten Zuccki Frost & Williams<br>Attn: Kevin P Justen<br>7320 N Alpine Road<br>Rockford, IL 61111 | Admin Ch. 7 | Per order entered on 11/25/15. | $1,651.38 | $1,651.38 | 0.00 |
| SPCOUN 199 | Clark Jsten Zuccki Frost & Williams<br>Attn: Kevin P Justen<br>7320 N Alpine Road<br>Rockford, IL 61111 | Admin Ch. 7 | Per order entered on 11/25/15. | $26,666.66 | $26,666.66 | 0.00 |
| 3 570 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $1,398.48 | $0.00 | 1,398.48 |
| 9 950 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Secured | | $21,171.51 | $0.00 | 21,171.51 |
| EXEMPT 950 | Everardo Hernandez | Secured | P I EXEMPTION<br>Per ordered entered on 11/25/15. | $15,000.00 | $15,000.00 | 0.00 |
| MEDLN1 950 | Adult & Pediatric Orthopedics | Secured | Per ordered entered on 11/25/15. | $710.00 | $710.00 | 0.00 |
| MEDLN2 950 | Integrity Medical | Secured | Per ordered entered on 11/25/15. | $706.00 | $706.00 | 0.00 |
| MEDLN3 950 | American Diagnostic MRI | Secured | Per ordered entered on 11/25/15. | $1,700.00 | $1,700.00 | 0.00 |
| MEDLN4 950 | Active Rehab & Wellness | Secured | Per ordered entered on 11/25/15. | $4,254.69 | $4,254.69 | 0.00 |
| MEDLN5 950 | Optum United Health Care | Secured | Per ordered entered on 11/25/15. | $7,439.31 | $7,439.31 | 0.00 |
| SUBLN1 950 | Farmers Insurance | Secured | Per ordered entered on 11/25/15. | $5,000.00 | $5,000.00 | 0.00 |
| 1 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $1,711.68 | $0.00 | 1,711.68 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** September 9, 2015

**Case Number:** 15-81168-LMT   Page: 2   **Date:** February 10, 2016
**Debtor Name:** HERNANDEZ, EVERARDO   **Time:** 10:06:28 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 2 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $2,963.88 | $0.00 | 2,963.88 |
| 4 610 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $514.26 | $0.00 | 514.26 |
| 5 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $325.15 | $0.00 | 325.15 |
| 6 610 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $258.42 | $0.00 | 258.42 |
| 7 610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $119.01 | $0.00 | 119.01 |
| 8 -2 610 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Unsecured | | $11,234.19 | $0.00 | 11,234.19 |
| 10 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,138.62 | $0.00 | 1,138.62 |
| 11 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $675.89 | $0.00 | 675.89 |
| 12 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,017.86 | $0.00 | 1,017.86 |
| 13 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,050.20 | $0.00 | 1,050.20 |
| **<< Totals >>** | | | | 115,509.54 | 63,128.04 | 52,381.50 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-81168-LMT
Case Name: HERNANDEZ, EVERARDO
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 16,860.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | AmeriCredit Financial Services, Inc. | 21,171.51 | 21,171.51 | 0.00 | 0.00 |
| EXEMPT | Everardo Hernandez | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| MEDLN1 | Adult & Pediatric Orthopedics | 710.00 | 710.00 | 710.00 | 0.00 |
| MEDLN2 | Integrity Medical | 706.00 | 706.00 | 706.00 | 0.00 |
| MEDLN3 | American Diagnostic MRI | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| MEDLN4 | Active Rehab & Wellness | 4,254.69 | 4,254.69 | 4,254.69 | 0.00 |
| MEDLN5 | Optum United Health Care | 7,439.31 | 7,439.31 | 7,439.31 | 0.00 |
| SUBLN1 | Farmers Insurance | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,860.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 6,500.00 | 0.00 | 6,500.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 2,246.25 | 0.00 | 2,246.25 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 56.10 | 0.00 | 56.10 |
| Other Fees: Clark Jsten Zuccki Frost & Williams | 26,666.66 | 26,666.66 | 0.00 |
| Other Expenses: Clark Jsten Zuccki Frost & Williams | 1,651.38 | 1,651.38 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 8,802.35
Remaining balance: $ 8,058.14

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,058.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,398.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 1,398.48 | 0.00 | 1,398.48 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,398.48 |
| Remaining balance: | $ | 6,659.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,009.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 1,711.68 | 0.00 | 542.58 |
| 2 | Cavalry SPV I, LLC | 2,963.88 | 0.00 | 939.52 |
| 4 | Midland Credit Management, Inc as agent for | 514.26 | 0.00 | 163.01 |
| 5 | Capital One Bank (USA), N.A. | 325.15 | 0.00 | 103.07 |
| 6 | Sprint Corp. | 258.42 | 0.00 | 81.92 |
| 7 | American InfoSource LP as agent for | 119.01 | 0.00 | 37.72 |
| 8 -2 | AmeriCredit Financial Services, Inc. | 11,234.19 | 0.00 | 3,561.11 |
| 10 | Capital One, N.A. | 1,138.62 | 0.00 | 360.93 |
| 11 | Portfolio Recovery Associates, LLC | 675.89 | 0.00 | 214.25 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, LLC | 1,017.86 | 0.00 | 322.65 |
| 13 | Portfolio Recovery Associates, LLC | 1,050.20 | 0.00 | 332.90 |

Total to be paid for timely general unsecured claims: $ 6,659.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**