# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HERNANDEZ, EVERARDO | § Case No. 15-81168 |
|    HERNANDEZ, VANESSA G. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  327 S Church Street, Room 1100
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/06/2016 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/10/2016   By: /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HERNANDEZ, EVERARDO | § | Case No. 15-81168 |
| HERNANDEZ, VANESSA G. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   80,000.00 |
| *and approved disbursements of* | $   63,139.51 |
| *leaving a balance on hand of* [1] | $   16,860.49 |
| **Balance on hand:** | $   16,860.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | AmeriCredit Financial Services, Inc. | 21,171.51 | 21,171.51 | 0.00 | 0.00 |
| EXEMPT | Everardo Hernandez | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| MEDLN1 | Adult & Pediatric Orthopedics | 710.00 | 710.00 | 710.00 | 0.00 |
| MEDLN2 | Integrity Medical | 706.00 | 706.00 | 706.00 | 0.00 |
| MEDLN3 | American Diagnostic MRI | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| MEDLN4 | Active Rehab & Wellness | 4,254.69 | 4,254.69 | 4,254.69 | 0.00 |
| MEDLN5 | Optum United Health Care | 7,439.31 | 7,439.31 | 7,439.31 | 0.00 |
| SUBLN1 | Farmers Insurance | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   16,860.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 6,500.00 | 0.00 | 6,500.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 2,246.25 | 0.00 | 2,246.25 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 56.10 | 0.00 | 56.10 |
| Other Fees: Clark Jsten Zuccki Frost & Williams | 26,666.66 | 26,666.66 | 0.00 |
| Other Expenses: Clark Jsten Zuccki Frost & Williams | 1,651.38 | 1,651.38 | 0.00 |

     Total to be paid for chapter 7 administration expenses: $  8,802.35
     Remaining balance: $  8,058.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| None | | | |

     Total to be paid for prior chapter administrative expenses: $  0.00
     Remaining balance: $  8,058.14

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,398.48 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Internal Revenue Service | 1,398.48 | 0.00 | 1,398.48 |

     Total to be paid for priority claims: $  1,398.48
     Remaining balance: $  6,659.66

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 21,009.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 1,711.68 | 0.00 | 542.58 |
| 2 | Cavalry SPV I, LLC | 2,963.88 | 0.00 | 939.52 |
| 4 | Midland Credit Management, Inc as agent for | 514.26 | 0.00 | 163.01 |
| 5 | Capital One Bank (USA), N.A. | 325.15 | 0.00 | 103.07 |
| 6 | Sprint Corp. | 258.42 | 0.00 | 81.92 |
| 7 | American InfoSource LP as agent for | 119.01 | 0.00 | 37.72 |
| 8 -2 | AmeriCredit Financial Services, Inc. | 11,234.19 | 0.00 | 3,561.11 |
| 10 | Capital One, N.A. | 1,138.62 | 0.00 | 360.93 |
| 11 | Portfolio Recovery Associates, LLC | 675.89 | 0.00 | 214.25 |
| 12 | Portfolio Recovery Associates, LLC | 1,017.86 | 0.00 | 322.65 |
| 13 | Portfolio Recovery Associates, LLC | 1,050.20 | 0.00 | 332.90 |

Total to be paid for timely general unsecured claims:  $ 6,659.66
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-81168-TML
Everardo Hernandez                                                        Chapter 7
Vanessa G. Hernandez
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: vgossett              Page 1 of 2              Date Rcvd: Mar 16, 2016
                              Form ID: pdf006             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2016.
db/jdb         +Everardo Hernandez,   Vanessa G. Hernandez,   415 Legend Lane,   McHenry, IL 60050-8008
23260956      ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,   dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
23225372       +Advanced Radiology Consultants,   c/o Illinois Collection Service,   8231 - 185th Street, #100,
                 Tinley Park, IL 60487-9356
23225376      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,   15000 Capital One Drive,
                 Richmond, VA 23238)
23458818        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
23684130        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23225377       +Cavalry SPV I, LLC/FIA Card,   c/o Keith S. Shindler, Ltd.,   1990 E. Algonquin Road, #180,
                 Schaumburg, IL 60173-4164
23225378       +Charter Communication,   c/o Credit Management LP,   4200 International Pkwy,
                 Carrollton, TX 75007-1912
23225379       +Chase Card,   P. O. Box 15298,   Wilmington, DE 19850-5298
23225380       +Chase/Best Buy,   P. O. Box 15298,   Wilmington, DE 19850-5298
23225381       +CitiFinancial,   6801 Colwell Boulevard,   Irving, TX 75039-3198
23225382       +Comcast,   c/o Convergent Outsourcing,   800 SW 39th Street,   Renton, WA 98057-4975
23225385       +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
23225386        GE Capital/JC Penney/Portfolio,   c/o Blatt Hasenmiller Leibsker,
                 10 South LaSalle Street, #2200,   Chicago, IL 60603-1069
23225388       +GM Financial,   P. O. Box 181145,   Arlington, TX 76096-1145
23391355       +Midland Credit Management, Inc as agent for,   Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
23225391       +Municipality Park Ridge IL,   c/o A/r Concepts,   18-3 E Dundee Road,
                 Barrington, IL 60010-5292
23225392        Spring Grove Dental,   2100 Route 12, Suite 202,   P. O. Box 310,   Spring Grove, IL 60081-0310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23225373       +E-mail/Text: bknotice@erccollections.com Mar 17 2016 01:07:08      AT&T,
                 c/o Enhanced Recovery Co,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
23624903        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2016 01:24:57
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
23225374        E-mail/Text: dob@bcu.org Mar 17 2016 01:07:49      Baxter Credit Union,
                 400 North Lakeview Parkway,   Vernon Hills, IL 60061
23385545       +E-mail/Text: bankruptcy@cavps.com Mar 17 2016 01:07:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
23225383       +E-mail/Text: mmeyers@blittandgaines.com Mar 17 2016 01:08:44      FIA / Cavalry SPV I, LLC,
                 c/o Blitt and Gaines, P.C.,   661 Glenn Avenue,   Wheeling, IL 60090-6017
23225384       +E-mail/Text: bankruptcy@cavps.com Mar 17 2016 01:07:33      FIA Card Services, N.A.,
                 c/o Cavalry Portfolio Services,   P. O. Box 27288,   Tempe, AZ 85285-7288
23225387       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2016 01:24:39
                 GECRB / JC Penney,   c/o Portfolio Recovery Assoc,   120 Corporate Boulevard,
                 Norfolk, VA 23502-4962
23225389        E-mail/Text: cio.bncmail@irs.gov Mar 17 2016 01:06:12      Internal Revenue Service,
                 P. O. Box 7346,   Philadelphia, PA 19101-7346
23225390       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 17 2016 01:05:59      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
23687995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2016 01:24:11
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
23478901        E-mail/Text: appebnmailbox@sprint.com Mar 17 2016 01:06:43      Sprint Corp.,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
23225393       +E-mail/Text: appebnmailbox@sprint.com Mar 17 2016 01:06:43      Sprint,   c/o Afni, Inc.,
                 P. O. Box 3097,   Bloomington, IL 61702-3097
23225394       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2016 01:24:39      Synchrony Bank,
                 c/o Portfolio Recovery Assoc,   120 Corporate Boulevard,   Norfolk, VA 23502-4962
23225395       +E-mail/Text: bsimmons@amsher.com Mar 17 2016 01:08:03      T-Mobile,
                 c/o Amsher Collection Service,   600 Beacon Pkwy W., #30,   Birmingham, AL 35209-3120
23225396       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2016 01:06:46      T-Mobile,   c/o Midland Funding,
                 8875 Aero Drive, #200,   San Diego, CA 92123-2255
23225397       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2016 01:24:11
                 World Financial Network Bank,   c/o Portfolio Recovery Assoc,   120 Corporate Boulevard,
                 Norfolk, VA 23502-4962
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-3          User: vgossett            Page 2 of 2           Date Rcvd: Mar 16, 2016
                              Form ID: pdf006           Total Noticed: 34

23225375*     ++BAXTER CREDIT UNION,    COLLECTION DEPARTMENT,     PO BOX 8133,    VERNON HILLS IL 60061-8133
                (address filed with court:   Baxter Credit Union,    400 North Lakeview Parkway,
                 Vernon Hills, IL 60061)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2016 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, bnatale@ecf.epiqsystems.com
              Cari A Kauffman    on behalf of Plaintiff    AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM
               Financial ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              Cari A Kauffman    on behalf of Creditor    AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
               ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              James T Magee    on behalf of Debtor 1 Everardo  Hernandez bankruptcy@mageenegele.com
              James T Magee    on behalf of Debtor 2 Vanessa G. Hernandez bankruptcy@mageenegele.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```