UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
EVERARDO HERNANDEZ § Case No. 15-81168
VANESSA G. HERNANDEZ §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 14,302.00 *(Without deducting any secured claims)* | Assets Exempt: 28,350.00 |
| Total Distributions to Claimants: 27,868.14 | Claims Discharged Without Payment: 79,812.02 |
| Total Expenses of Administration: 37,131.86 | |

3) Total gross receipts of $ 80,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 65,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 21,442.00 | $ 40,981.51 | $ 40,981.51 | $ 19,810.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,131.86 | 37,131.86 | 37,131.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,796.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,623.00 | 21,009.16 | 21,009.16 | 8,058.14 |
| **TOTAL DISBURSEMENTS** | $ 66,861.00 | $ 99,122.53 | $ 99,122.53 | $ 65,000.00 |

4) This case was originally filed under chapter 7 on 04/28/2015 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2016           By:/s/BERNARD J. NATALE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim [Car Accident] (Offered $4 | 1129-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 80,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Everardo Hernandez | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GM Financial<br>P. O. Box 181145<br>Arlington, TX 76096 |  | 21,442.00 | NA | NA | 0.00 |
| 9 | AmeriCredit Financial Services Inc. | 4110-000 | NA | 21,171.51 | 21,171.51 | 0.00 |
|  | Active Rehab & Wellness | 4210-000 | NA | 4,254.69 | 4,254.69 | 4,254.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adult & Pediatric Orthopedics | 4210-000 | NA | 710.00 | 710.00 | 710.00 |
| | American Diagnostic MRI | 4210-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| | Farmers Insurance | 4210-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| | Integrity Medical | 4210-000 | NA | 706.00 | 706.00 | 706.00 |
| | Optum United Health Care | 4210-000 | NA | 7,439.31 | 7,439.31 | 7,439.31 |
| **TOTAL SECURED CLAIMS** | | | $ 21,442.00 | $ 40,981.51 | $ 40,981.51 | $ 19,810.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| Associated Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | NA | 11.47 | 11.47 | 11.47 |
| ATTY. BERNARD J. NATALE | 3110-000 | NA | 2,246.25 | 2,246.25 | 2,246.25 |
| ATTY. BERNARD J. NATALE | 3120-000 | NA | 56.10 | 56.10 | 56.10 |
| Clark Jsten Zuccki Frost & Williams | 3210-600 | NA | 26,666.66 | 26,666.66 | 26,666.66 |
| Clark Jsten Zuccki Frost & Williams | 3220-610 | NA | 1,651.38 | 1,651.38 | 1,651.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 37,131.86 | $ 37,131.86 | $ 37,131.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | , | | 1,398.00 | NA | NA | 0.00 |
| | Internal Revenue Service P. O. Box 7346 Philadelphia, PA 191017346 | | 1,398.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,796.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Radiology Consultants c/o Illinois Collection Servi 8231 - 185th Street, #100 Tinley Park, IL 60487 | | 140.00 | NA | NA | 0.00 |
| | AT&T c/o Enhanced Recovery Co 8014 Bayberry Road Jacksonville, FL 32256 | | 1,367.00 | NA | NA | 0.00 |
| | Baxter Credit Union 400 North Lakeview Parkway Vernon Hills, IL 60061 | | 17,650.00 | NA | NA | 0.00 |
| | Baxter Credit Union 400 North Lakeview Parkway Vernon Hills, IL 60061 | | 100.00 | NA | NA | 0.00 |
| | Capital One Bank USA 15000 Capital One Drive Richmond, VA 23238 | | 266.00 | NA | NA | 0.00 |
| | Cavalry SPV I, LLC/FIA Card c/o Keith S. Shindler, Ltd. 1990 E. Algonquin Road, #180 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter Communication c/o Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | 202.00 | NA | NA | 0.00 |
| | Chase Card P. 0. Box 15298 Wilmington, DE 19850 | | 2,327.00 | NA | NA | 0.00 |
| | Chase/Best Buy P. O. Box 15298 Wilmington, DE 19850 | | 1,869.00 | NA | NA | 0.00 |
| | CitiFinancial 6801 Colwell Boulevard Irving, TX 75039 | | 6,743.00 | NA | NA | 0.00 |
| | Comcast c/o Convergent Outsourcing 800 SW 39th Street Renton, WA 98057 | | 240.00 | NA | NA | 0.00 |
| | FIA / Cavalry SPV I, LLC c/o Blitt and Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | 1,451.00 | NA | NA | 0.00 |
| | FIA Card Services, N.A. c/o Cavalry Portfolio Services P. 0. Box 27288 Tempe, AZ 85285 | | 2,964.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank<br>601 South Minnesota Avenue<br>Sioux Falls, SD 57104 | | 517.00 | NA | NA | 0.00 |
| | GE Capital/JC Penney/Portfolio c/o Blatt Hasenmiller Leibske<br>10 South LaSalle Street, #2200<br>Chicago, IL 606031069 | | 0.00 | NA | NA | 0.00 |
| | GECRB / JC Penney c/o Portfolio Recovery Assoc<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | | 1,116.00 | NA | NA | 0.00 |
| | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | | 1,138.00 | NA | NA | 0.00 |
| | Municipality Park Ridge IL<br>c/o A/r Concepts<br>18-3 E Dundee Road<br>Barrington, IL 60010 | | 1,022.00 | NA | NA | 0.00 |
| | Spring Grove Dental<br>2100 Route 12, Suite 202<br>P. 0. Box 310<br>Spring Grove, IL 600810310 | | 816.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint c/o Afni, Inc. P. 0. Box 3097 Bloomington, IL 61702 | | 258.00 | NA | NA | 0.00 |
| | Synchrony Bank c/o Portfolio Recovery Assoc 120 Corporate Boulevard Norfolk, VA 23502 | | 676.00 | NA | NA | 0.00 |
| | T-Mobile c/o Amsher Collection Service 600 Beacon Pkwy W., #30 Birmingham, AL 35209 | | 229.00 | NA | NA | 0.00 |
| | T-Mobile c/o Midland Funding 8875 Aero Drive, #200 San Diego, CA 92123 | | 514.00 | NA | NA | 0.00 |
| | World Financial Network Bank c/o Portfolio Recovery Assoc 120 Corporate Boulevard Norfolk, VA 23502 | | 1,018.00 | NA | NA | 0.00 |
| | Advanced Radiology Consulants | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | American InfoSource LP as agent for | 7100-000 | NA | 119.01 | 119.01 | 45.65 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-2 | AmeriCredit Financial Services Inc. | 7100-000 | NA | 11,234.19 | 11,234.19 | 4,308.91 |
|  | AT&T | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Baxter Credit Union | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 10 | Capital One N. A. | 7100-000 | NA | 1,138.62 | 1,138.62 | 436.72 |
| 5 | Capital One N. A. | 7100-000 | NA | 325.15 | 325.15 | 124.71 |
| 1 | Cavalry SPV I LLC | 7100-000 | NA | 1,711.68 | 1,711.68 | 656.52 |
| 2 | Cavalry SPV I LLC | 7100-000 | NA | 2,963.88 | 2,963.88 | 1,136.81 |
|  | Cavalry SPV I, LLC/FIA Card | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Chase Card | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Chase/Best Buy | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Citifinancial | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Comcast | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | FIA/Cavalry SPV I, LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
|  | Kohls/Capital ONe | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Midland Credit Management Inc as agent for | 7100-000 | NA | 514.26 | 514.26 | 197.25 |
|  | Municipality Park Ridge IL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Portfolio Recovery Associates LLC | 7100-000 | NA | 675.89 | 675.89 | 259.24 |
| 12 | Portfolio Recovery Associates LLC | 7100-000 | NA | 1,017.86 | 1,017.86 | 390.40 |
| 13 | Portfolio Recovery Associates LLC | 7100-000 | NA | 1,050.20 | 1,050.20 | 402.81 |
|  | Spring Grove Dental | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | Sprint Corp. | 7100-000 | NA | 258.42 | 258.42 | 99.12 |
|  | T-Molile | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 42,623.00 | $ 21,009.16 | $ 21,009.16 | $ 8,058.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-81168 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | EVERARDO HERNANDEZ | | | | Date Filed (f) or Converted (c): | 04/28/2015 (f) |
| | VANESSA G. HERNANDEZ | | | | 341(a) Meeting Date: | 06/04/2015 |
| For Period Ending: | 08/08/2016 | | | | Claims Bar Date: | 09/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Deposits of Money (BMO Harris Checking) | 190.00 | 0.00 | | 0.00 | FA |
| 2. Deposits of Money (BMO Harris Savings) | 3,412.00 | 0.00 | | 0.00 | FA |
| 3. Couch, Television and Bedroom Set | 550.00 | 0.00 | | 0.00 | FA |
| 4. Kitchen Utensils and Microwave | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. Home Computer and Printer | 200.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) Plan | 3,500.00 | 3,400.00 | | 0.00 | FA |
| 9. Personal Injury Claim [Car Accident] (Offered $4 | 40,000.00 | 65,000.00 | | 80,000.00 | FA |
| 10. 2013 Chevrolet Malibu (55,000 miles) | 15,000.00 | 0.00 | | 0.00 | FA |
| 11. 2002 GMC Envoy (177,000 miles) (Joint with Mothe | 4,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $67,652.00   $68,400.00   $80,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 06/30/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 15-81168 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | EVERARDO HERNANDEZ | Bank Name: | Associated Bank |
| | VANESSA G. HERNANDEZ | Account Number/CD#: | XXXXXX8129 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4736 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $16,860.49 | | $16,860.49 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $16,850.49 |
| 03/09/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) Refund of Service Fee charged on 3/7/16 | 2600-000 | | ($10.00) | $16,860.49 |
| 04/06/16 | 5001 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,500.00 | $10,360.49 |
| 04/06/16 | 5002 | ATTY. BERNARD J. NATALE<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $2,302.35 | $8,058.14 |
| | | ATTY. BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,246.25) | 3110-000 | | | |
| | | ATTY. BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($56.10) | 3120-000 | | | |
| 04/06/16 | 5003 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $1,398.48 | $6,659.66 |
| 04/06/16 | 5004 | Cavalry SPV I LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Distribution | | | $1,482.10 | $5,177.56 |
| | | Cavalry SPV I LLC | Final distribution to claim 1 representing a payment of 31.70 % per court order. ($542.58) | 7100-000 | | | |
| | | Cavalry SPV I LLC | Final distribution to claim 2 representing a payment of 31.70 % per court order. ($939.52) | 7100-000 | | | |
| | | | Page Subtotals: | | $16,860.49 | $11,682.93 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81168 | Trustee Name: BERNARD J. NATALE |
| Case Name: EVERARDO HERNANDEZ | Bank Name: Associated Bank |
| VANESSA G. HERNANDEZ | Account Number/CD#: XXXXXX8129 |
| | Checking |
| Taxpayer ID No: XX-XXX4736 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/16 | 5005 | Midland Credit Management Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Final distribution to claim 4 representing a payment of 31.70 % per court order. | | 7100-000 | | $163.01 | $5,014.55 |
| 04/06/16 | 5006 | Capital One N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 5 representing a payment of 31.70 % per court order. | | 7100-000 | | $103.07 | $4,911.48 |
| 04/06/16 | 5007 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Final distribution to claim 6 representing a payment of 31.70 % per court order. | | 7100-000 | | $81.92 | $4,829.56 |
| 04/06/16 | 5008 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final distribution to claim 7 representing a payment of 31.70 % per court order. | | 7100-000 | | $37.72 | $4,791.84 |
| 04/06/16 | 5009 | AmeriCredit Financial Services Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Final distribution to claim 8 representing a payment of 31.70 % per court order. | | 7100-000 | | $3,561.11 | $1,230.73 |
| 04/06/16 | 5010 | Capital One N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 10 representing a payment of 31.70 % per court order. | | 7100-000 | | $360.93 | $869.80 |
| 04/06/16 | 5011 | Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk, VA 23541 | Distribution | | | | $869.80 | $0.00 |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 11 representing a payment of 31.70 % per court order. | ($214.25) | 7100-000 | | | |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 12 representing a payment of 31.70 % per court order. | ($322.65) | 7100-000 | | | |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 13 representing a payment of 31.70 % per court order. | ($332.90) | 7100-000 | | | |

| | Page Subtotals: | $0.00 | $5,177.56 |
|---|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81168 | Trustee Name: BERNARD J. NATALE |
| Case Name: EVERARDO HERNANDEZ | Bank Name: Associated Bank |
| VANESSA G. HERNANDEZ | Account Number/CD#: XXXXXX8129 |
| | Checking |
| Taxpayer ID No: XX-XXX4736 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/19/16 | 5003 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 3 representing a payment of 100.00 % per court order. Reversal<br>Check was returned by the Creditor stating that the debt was paid by the debtor. | | 5800-000 | | ($1,398.48) | $1,398.48 |
| 05/12/16 | 5012 | Cavalry SPV I LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY  10595 | Distribution | | | | $311.23 | $1,087.25 |
| | | Cavalry SPV I LLC | Final distribution to claim 1 representing a payment of 38.36 % per court order. | ($113.94) | 7100-000 | | | |
| | | Cavalry SPV I LLC | Final distribution to claim 2 representing a payment of 38.36 % per court order. | ($197.29) | 7100-000 | | | |
| 05/12/16 | 5013 | Midland Credit Management Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI  48090 | Final distribution to claim 4 representing a payment of 38.36 % per court order. | | 7100-000 | | $34.24 | $1,053.01 |
| 05/12/16 | 5014 | Capital One N. A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 5 representing a payment of 38.36 % per court order. | | 7100-000 | | $21.64 | $1,031.37 |
| 05/12/16 | 5015 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS  66207-0949 | Final distribution to claim 6 representing a payment of 38.36 % per court order. | | 7100-000 | | $17.20 | $1,014.17 |
| 05/12/16 | 5016 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Final distribution to claim 7 representing a payment of 38.36 % per court order. | | 7100-000 | | $7.93 | $1,006.24 |
| 05/12/16 | 5017 | AmeriCredit Financial Services Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX  76096 | Final distribution to claim 8 representing a payment of 38.36 % per court order. | | 7100-000 | | $747.80 | $258.44 |

Page Subtotals: $0.00  ($258.44)

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81168 | Trustee Name: BERNARD J. NATALE |
| Case Name: EVERARDO HERNANDEZ | Bank Name: Associated Bank |
| VANESSA G. HERNANDEZ | Account Number/CD#: XXXXXX8129 |
| | Checking |
| Taxpayer ID No: XX-XXX4736 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 5018 | Capital One N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 10 representing a payment of 38.36 % per court order. | 7100-000 | | $75.79 | $182.65 |
| 05/12/16 | 5019 | Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk, VA 23541 | Distribution | | | $182.65 | $0.00 |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 11 representing a payment of 38.36 % per court order. ($44.99) | 7100-000 | | | |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 12 representing a payment of 38.36 % per court order. ($67.75) | 7100-000 | | | |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 13 representing a payment of 38.36 % per court order. ($69.91) | 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,860.49 | $16,860.49 |
| Less: Bank Transfers/CD's | $16,860.49 | $0.00 |
| Subtotal | $0.00 | $16,860.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $16,860.49 |

Page Subtotals: $0.00 $258.44

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-81168 | Trustee Name: BERNARD J. NATALE |
| Case Name: EVERARDO HERNANDEZ | Bank Name: Rabobank, N.A. |
| VANESSA G. HERNANDEZ | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4736 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/16 | 9 | Geico General Insuance Co. One Geico Center Macon, GA  312960001 | Pymt of Settlement Funds for PI Cause of Action | 1129-000 | $80,000.00 | | $80,000.00 |
| 01/27/16 | 101 | Clark Jsten Zuccki Frost & Williams Attn: Kevin P Justen 7320 N Alpine Road Rockford, IL  61111 | Pymt of Spec Counsel Attorney Fees | 3210-000 | | $26,666.66 | $53,333.34 |
| 01/27/16 | 102 | Clark Jsten Zuccki Frost & Williams Attn: Kevin P Justen 7320 N Alpine Road Rockford, IL  61111 | Payment of Special Counsel Costs & Expenses | 3220-000 | | $1,651.38 | $51,681.96 |
| 01/27/16 | 103 | Adult & Pediatric Orthopedics | Payment of Medical Lien | 4210-000 | | $710.00 | $50,971.96 |
| 01/27/16 | 104 | Integrity Medical | Payment of Medical Lien | 4210-000 | | $706.00 | $50,265.96 |
| 01/27/16 | 105 | Farmers Insurance | Payment of subrogation lien | 4210-000 | | $5,000.00 | $45,265.96 |
| 01/27/16 | 106 | American Diagnostic MRI | Payment of Medical Lien | 4210-000 | | $1,700.00 | $43,565.96 |
| 01/27/16 | 107 | Active Rehab & Wellness | Payment of Medical Lien | 4210-000 | | $4,254.69 | $39,311.27 |
| 01/27/16 | 108 | Optum United Health Care | Payment of Medical Lien | 4210-000 | | $7,439.31 | $31,871.96 |
| 01/27/16 | 109 | Everardo Hernandez | Payment of Debtor's Personal Injury Exemption | 8100-002 | | $15,000.00 | $16,871.96 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $11.47 | $16,860.49 |
| 02/24/16 | | Transfer to Acct # xxxxxx8129 | Transfer of Funds | 9999-000 | | $16,860.49 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $80,000.00 | $80,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,860.49 |
| Subtotal | $80,000.00 | $63,139.51 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Page Subtotals: | $80,000.00 | $80,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page: 6

Net $80,000.00    $48,139.51

Exhibit 9

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $80,000.00 | $48,139.51 | $0.00 |
| XXXXXX8129 - Checking | $0.00 | $16,860.49 | $0.00 |
|  | $80,000.00 | $65,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $80,000.00 |
| Total Gross Receipts: | $80,000.00 |

Page Subtotals: $0.00   $0.00